

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-14-00815-CR

EX PARTE MUHAMMAD SAADAN AHSHAN, Appellant

Appeal from the 228th District Court of Harris County.   (Tr. Ct. No. 1433456).

This case is an appeal from the order denying habeas relief signed by the trial court on September 22, 2014.   After submitting the case on the parties' briefs, the Court holds that the trial court's order contains no reversible error.   Accordingly, the Court **affirms** the trial court's order.

The Court **orders** that this decision be certified below for observance.

Judgment rendered November 17, 2015.

Panel consists of Justices Keyes, Massengale, and Lloyd.